# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**MARY WEEKS,**

    **Petitioner,**

**vs.**                                            **5:04cv353-SPM/AK**

**JOSE BARRON, JR.,**

    **Respondent.**
_____/

## REPORT AND RECOMMENDATION

Petitioner, an inmate proceeding *pro se*, has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which she challenges the Bureau of Prison's computation of good time. Doc. 4. This is one of the *Guanipa* cases. *See Guanipa v. Holder*, Cause No. 5:04CV150-SPM/AK (N.D. Fla.). At the time Petitioner filed her petition, she was incarcerated in FCI Marianna, Florida, which is located in the Northern District of Florida. Recently, she was transferred to Montgomery CCM, Montgomery, Alabama, which is located in the Middle District of Alabama. She is scheduled for release on June 30, 2005.

In *Rumsfeld v. Padilla*, the United States Supreme Court found that "in habeas challenges to present physical confinement–'core challenges'–the default rule is that the proper respondent is the warden of the facility where the prisoner is being held...." *Rumsfeld v. Padilla*, ____ U.S. ____, 124 S.Ct. 2711, 2718, 159 L.Ed. 2d 513 (2004). Furthermore, the "plain language of the habeas statute...confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Padilla*, 124 S.Ct. at 2722.

Because Petitioner is no longer located in this district, the Court is without jurisdiction to proceed under *Padilla*, and transfer to the appropriate forum for further proceedings is required.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That this cause be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this **5th** day of April, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

*Case No: 5:04cv353-SPM/AK*